```
LAW OFFICES OF BYRON THOMAS
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada  89146
Phone:     (702) 747-3103
Facsimile: (702) 543-4855
Byronthomaslaw@gmail.com

Attorney for Plaintiff
```

# DISTRICT COURT

# CLARK COUNTY NEVADA

| | |
|---|---|
| EDGAR MARTINEZ-CARRANZA,<br><br>Plaintiff, vs.<br><br>PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 525 TRUST FUNDS; PLUMBERS AND PIPEFITTERS LOCAL NO. 525 a union organized in Nevada; PLUMBERS AND PIPEFITTERS LOCAL NO. 525 PENSION & RETIREMENT FUNDS, a retirement fund established in Nevada; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 PENSION TRUST FUNDS, a pension fund established in Nevada; PLUMBERS AND PIPEFITTERS UNION LOCAL #525 BENEFIT FUNDS,; TONI C. INSCOE ADMINISTRATOR FOR THE TRUSTEES PLUMBERS AND PIPEFITTERS NATIONAL PENISON FUND; BENESY INC.,; DOES I though V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants | Case No.:   2:20-cv-01930-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

COMES NOW Plaintiff and the Plumbers and Pipefitters Union Local 525 Pension Plan (the "Pension Plan"), by and through their respective attorney of record file this Stipulation on the following terms:

- 1 -

1   The Pension Plan filed a Motion to Dismiss on January 29, 2021. (ECF No. 10.) Plaintiff's response is due on February 22, 2020, pursuant to the parties' first stipulation which the Court granted. (ECF No. 12.) The parties have agreed to a second extension to extend the time for Plaintiff to respond to February 26, 2020, which is an additional four (4) days. The Parties also agree that the Pension Plan would have an additional four (4) days to file any reply. Therefore the reply would be due March 15, 2021. This stipulation is not made for the purpose of delay, but rather Plaintiff requested additional time to accommodate his counsel's workload, schedule, and family matter. This is the parties' second request to extend time to file responses regarding the Pension Plan's Motion to Dismiss.

 Dated this 22nd day of February, 2021.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Christopher M. Humes Esq.
_____
Bryce C. Loveland, Esq.,
Nevada Bar No. 10132
Christopher M. Humes, Esq.,
Nevada Bar No. 12782
William D. Nobriga, Esq.,
Nevada Bar No. 14931   Suite 830 | Las 100 North City Parkway, Suite 1600 Las Vegas, Nevada 89106-4614
*Attorneys for  the Plumbers and Pipefitters Union Local 525 Pension Plan*

Dated this 22nd day of February, 2021.

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron E. Thomas Esq.
_____
Byron E. Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd., Ste. 104
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

IT IS SO ORDERED:



_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 24th day of February, 2021.