# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EDGAR MARTINEZ-CARRANZA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PLUMBERS AND PIPEFITTERS UNION LOCAL NO. 525 TRUST FUNDS; PLUMBERS AND PIPEFITTERS LOCAL NO. 525 a union organized in Nevada; PLUMBERS AND PIPEFITTERS LOCAL NO. 525 PENSION & RETIREMENT FUNDS, a retirement fund established in Nevada; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 PENSION TRUST FUNDS, a pension fund established in Nevada; PLUMBERS AND PIPEFITTERS UNION LOCAL #525 BENEFIT FUNDS,; TONI C. INSCOE ADMINISTRATOR FOR THE TRUSTEES PLUMBERS AND PIPEFITTERS NATIONAL PENISON FUND; BENESY INC.,; DOES I though V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>　　　　　　Defendants. | 2:20-cv-01930-RFB-VCF<br><br>**ORDER** |

Before the court are the motion to extend dispositive motion deadline (ECF No. 58), motion to extend dispositive motion deadline (ECF No. 59), and motion to determine that de novo review is the proper standard of review and to set matter for trial (ECF No. 60).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the motion to extend dispositive motion deadline (ECF No. 58), motion to extend dispositive motion deadline (ECF No. 59), and motion to determine that de novo review is the proper standard of review and to set matter for trial (ECF No. 60), is scheduled for **10:00 AM, April 8, 2022**.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator,

Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, April 7, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 24th day of March, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE